"O"

FILED
CLERK, U.S. DISTRICT COURT

APR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEBASTIAN RODRIGUEZ, <br><br> Petitioner, <br><br> v. <br><br> DEBRA DEXTER, Warden, <br><br> Respondent. | Case No. CV 07-02732 DDP (AN) <br><br> ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation and Petitioner's Objections, *de novo*.

IT IS ORDERED that:

1. Petitioner's Objections are OVERRULED.
2. The Report and Recommendation is approved and adopted.
3. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.
4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: 4-17, 2008

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE